

**FILED**
MAY 20 2016

Clerk, U.S. District Court
By:_____ Deputy Clerk

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 16-CV-4023-DDC-KGS

Plaintiff:
**GUY NEIGHBORS ET AL**

vs.

Defendant:
**STATE OF KANSAS ET AL**

For:
GUY NEIGHBORS
9462 SWIFTCREEK CIR
DOVER, FL 33527

Received by ARISTOCRAT PROCESS SERVING/KIS on the 29th day of April, 2016 at 12:46 pm to be served on **KANSAS ATTORNEY GENERAL DEREK SCHMIDT, 120 SW 10TH AVE, 2ND FL., TOPEKA, KS 66612.**

I, AJ JENSEN, being duly sworn, depose and say that on the **3rd day of May, 2016** at **9:58 am, I:**

Served the within named entity by delivering a true copy of the **CIVIL RIGHTS COMPLAINT.** to KAREN ELSEN as AUTHORIZED TO ACCEPT of the within named entity, at the address of: 120 SW 10TH AVE, 2ND FL., TOPEKA, KS 66612.

I certify that I am over the age of 18, have no interest in the above action, and am a process server in good standing in the judicial circuit in which the process was served. I declare under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

Subscribed and Sworn to before me on the 4 day of May, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

BROOKE TAYLOR
Notary Public
State of Kansas
My Commission Expires 10/12/19

AJ JENSEN

ARISTOCRAT PROCESS SERVING/KIS
115 E. Park St.
Ste. D
Olathe, KS 66061
(913) 780-2007

Our Job Serial Number: AIL-2016011958

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1c

PDF created with pdfFactory trial version www.pdffactory.com



Guy Neal
9462 SW[...]
Dover FL 33527

RECEIVED
MAY 20 2016
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

U.S. POSTAGE PAID
DOVER, FL
33527
MAY 16, 16
AMOUNT
$0.68
R2305H127105-07

Tampa St. Pete FL
16 MAY 2016

Federal Court
444 SE Quincy ST #490
Topeka KS 66683