IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Guy Neighbors | ] | |
| Plaintiff | ] | |
| Federal prosecutor Morehead, et al | ] | |
| And | ] | |
| | ] | Case # 15-4921 |
| LAWRENCE POLICE DEPT, et al, | ] | Case # 16-4023-DDC |
| Defendant's | ] | Case# 5:16-CV-04065 |

PLAINTIFF'S MOTION TO STRIKE MOREHEAD'S AMENDED CLAIM

AND OBJECTION TO MOREHEAD'S BI-LATERAL REPRESENTATION ATTEMPT

A State Citizen stands before this court and moves the court to strike all of Terra D. Morehead's Amended Claim pleading which was filed on 6-17-2016 (Documents, 17, 18, 19 and 20s). This court blocked Neighbors, from serving Morehead at her work and actually flat out refused to serve the federal prosecutors all together in their effort to force me to be held to the same standards as a licensed attorney. Neighbors was forced to serve the Kansas Attorney General by way of outside agency "Aristocrat Process Service" to get the defendants served.

On 5-24-2016, a motion to dismiss was filed on behalf of all the defendants by the Kansas Attorney General who is representing all of the defendants, the attorney general also filed on behalf of all of the defendants a memorandum in support of the motion to dismiss on 5-24-16.

On 6-1-2016 the clerk fraudulently entered an order granting Morehead an extension of time to answer/plead. It clear that the Kansas Attorney General fail to address the issues properly and Morehead, decided she is not subject to following the rules and filed a second answer along with additional BLA,BLA

Conclusion:

Because plaintiff failed to obtain leave of Court to file, and her attorney had already filed a response in her behalf the 2nd filing can only be construed to be an amended complaint. Pursuant to D. Kan. Rule 7.1(a), plaintiff will be filing a supporting memorandum.

WHEREFORE the defendants pray that the Court issue an order striking Defendant's Amended Claims (Doc. 17,18,19,20), assessing costs to plaintiff, and for such other and further relief as the court deems just and equitable.

*[signature]*

## Certificate of Service

A copy of this document was mailed to the clerk of the courts where the action was filed, and also a copy was mailed to the parties and the agency listed below.

Guy Neighbors      8/2/2016

Kansas Attorney General
120 SW. 10th ave. #2
Topeka, Kansas 66612