IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED
AUG 22 2016
Clerk, U.S. District Court
By:_____Deputy Clerk

GUY NEIGHBORS        ]
                     ]
        Plaintiff,   ]
                     ]
        vs.          ]      Case No. 16-4023-DDC-KGS
                     ]
STATE OF KANSAS, et al.,  ]
                     ]
        Defendants   ]


MOTION TO STRIKE TERRA D. MOREHEAD'S RESPONSE (DOC 51) TO NEIGHBORS MOTION TO STRIKE MOREHEAD'S AMENDED CLAIM AND OBJECTION TO MOREHEAD'S BI-LATERAL REPERSENTATION ATTEMPT DOC. # 43

Stands before this court a State Citizen Guy Neighbors, to move this court to strike Morehead's court filings Doc. 50 and Doc. 51, and states: Plaintiff filed a motion to add Christopher Allman, to the action as a defendant due to his participation in assisting Terra D. Morehead, and ignoring the rules and filing an amended claim without leave of court or permission from the plaintiff. Because Mr. Allman, is assisting the defendant in furthering injuries against the plaintiff's he was added to the action as a defendant, Mr. Allman, now has a conflict and must step aside until such time as the judge make a ruling on the issue to accept plaintiff's motion to add Mr. Allman to the civil action as a defendant.

"Whenever a lawyer is involved in a case directly or indirectly, as a litigant or assisting in counsel, ALL LAWYER-JUDGES HAVE TO DISQUALIFY THEMSELVES, AS THERE CANNOT BE A CONSTITUTIONAL TRIAL, and also there would be a violation of the conflict of interest laws, along with the violation of separation of powers and checks and balances, because "OFFICERS" OF THE COURT ARE ON BOTH SIDES OF THE BENCH.

All lawyers are automatically in the judicial branch of government, as they have the unconstitutional TITLE OF NOBILITY (Article 1, Section 9 and 10), "Officer of the court." Citizens have to be elected or hired to be in any branch of government but non-lawyer Citizens are limited to only 2 of the 3 branches of government. Lawyers as 1st class citizens can be hired or elected to any of the three branches of government.

Lawyers, "Officers of the Court," in the Judicial Branch, are unconstitutionally in 2 branches of government AT THE SAME TIME whenever they are hired or elected to the executive or legislative branches. This is a violation of the separation of powers, checks and balances, and the conflict of interest laws.

Under INTERNATIONAL ORDERS: ALL LAWYERS, whether they left law school yesterday or 50 years ago, are EXACTLY THE SAME. All lawyers have to file the same motions and follow the same procedures in using the same unconstitutional "lawyer system".

JUDICIAL NOTICE:

Plaintiff would like to bring to the courts attention the defendant Terra D. Morehead, is a "Corporation" and or an employee of the corporation and as such she is NOT allowed to draft and file her own documents in court like she is currently doing. Plaintiff moves to strike any documents that have been filed with Mr. Allman's name on them after Aug. 9th (which is when the document to add Mr. Allman to the action as a defendant), or documents that were drafted and filed by Terra D. Morehead on her own behalf. Plaintiff has informed this court that he is appearing in Pro-Per, and will not agree to be held to the same standard as a licensed attorney. The federal Prosecutor Terre D. Morehead, has never denied the allegations plaintiff lists in his claim, she has refused to respond to any of the plaintiff's pleading on the merits of the and therefore she is in default. The defendant's only defense is to hold the plaintiff to the same standard as a licensed attorney and citing the administrative rules she feels like the plaintiff is violating. Fact of the matter is the Terra D. Morehead, is violating the rules herself, and she is an attorney. Terra D. Morehead, does Not have any licenses to practice law, no one had a license to practice law, and through fraud she is practicing law as a U. S. Attorney, when all she has is a B. A. R. card. The practice of law cannot be licensed by any state. See: Schware v. Board of Examiners, United States Reports 353 U.S. pgs. 238, 239. In Sims v. Aherns, 271 S.W. 720 (1925) "The practice of law is an occupation of common right." A bar card is not a license, it's a dues card and/or membership card. A club, Association is not license, it has a certificate though the State, and the two are not the same.

Summary:

Neighbors, is requesting this court to strike Morehead's documents she filed in court doc. 50 and doc. 51, because the attorney she is using has a conflict of interest in that he has been added to the civil action as a defendant and therefore is barred from filing in this case until the judge rules on whether he will accept Neighbors, motion to add Mr. Allman to the action due to his participation in furthering the plaintiff's injuries. Whenever a lawyer is involved in a case directly or indirectly, as a litigant or assisting in counsel, ALL LAWYER-JUDGES HAVE TO DISQUALIFY THEMSELVES, AS THERE CANNOT

BE A CONSTITUTIONAL TRIAL, and also there would be a violation of the conflict of interest laws, along with the violation of separation of powers and checks and balances, because "OFFICERS" OF THE COURT ARE ON BOTH SIDES OF THE BENCH. It is for the reasons mentioned in this document the plaintiff is requesting any documents filed in this court with Mr. Allman's name on them that were filed after 8-9-16 (the filing date for the motion to add Mr. Allman to the action as a defendant) Mr. Allman or Terra D. Morehead be stricken from the record.

Neighbors, reserves the right to respond to Morehead's documents should the judge continue to violate Neighbors right to due process by ignoring the issues mentioned in this pleading.

Certificate of Service

I hereby certify that a true and correct copy of the fore going document was mailed to the clerk of the Court on the date noted below, and a copy was mailed to the parties listed below.

*[signature]*

Guy Neighbors        8/17/2016

Without Prejudice UCC, 1-308

Certificate of Service

I hereby certify that a true and correct copy of the fore going document was mailed to the clerk of the Court on the date noted below, and a copy was mailed to the parties listed below.

*[signature]*

Guy Neighbors        8/17/2016

Without Prejudice UCC, 1-308


Kansas Attorney General

120 SW. 10th ave #2

Topeka Kansas

Guy Nighbors
1309 Syrachse Dr
Law, KS. 66044

KANSAS CITY MO
18 AUG 2016 PM 8 L

RECEIVED

AUG 22 2016

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Federal Court
444 SE. Quincy st #490
Topeka KS. 66683

66683-351015