9/13/2016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Guy Neighbors | ] | |
|    Plaintiff | ] | |
| | ] | |
| | ] | |
| LAWRENCE POLICE DEPT, et al, | ] | Case # 16-4023-DDC-KGS |

## NEIGHBORS MOTION TO STRIKE FEDERAL PROSECUTOR TERRA D. MOREHEAD'S PLEADINGS THAT SHE DRAFTED AND FILED ON HER OWN BEHALF IN A CASE IN WHICH SHE IS A DEFENDANT

Neighbors is appearing in "Propria Persona" (Pro-Per) status which means he is representing himself "in Propria Persona" (in your own person) or "pro-per" Qualified me as an attorney in fact, according to "Blacks Law Dictionary. By asserting my Sovereign Right to represent myself in legal matters establishes my status as my own attorney. To proceed in Pro-Per, means that the court cannot impose the same standard up on me as are imposed on a licensed attorney. This court will treat me as my own attorney, differently that it would treat me as the accused. This also means the judge/court cannot lawfully hold me to conduct myself or my case as a licensed attorney. Neighbors' states: The latest filings Terra D. Morehead has filed are in violation of the rules and these filings will be stricken from the record and or placed on the left side of the file as they were filed pro-se. Morehead has the Assistance Kansas Attorney General filing on her behalf, and she cannot draft and file pleadings in her own a case that she is a defendant.

 Morehead is also a corporation and as such not allowed to proceed in court without an attorney acting on her behalf.

1

Summary:

The un-professional, rubbishy whining nature of the recent pleadings would lead a reasonable person to conclude Morehead drafted these pleading herself and filed them in her own behalf, in violation of the court rules. Morehead, cannot draft and file documents in a case where she is a defendant. These latest filings need to be stricken from the court record, Neighbors is requesting that Morehead be "Sanctioned" for her obvious failure to follow the rules, in her desperate attempt at cheating to gain the upper hand against Mr. Neighbors, as he addresses the vindictive prosecution that was leveled against him, and stripping (theft) of all of his real property. The Federal Prosecutor Terra D. Morehead filed the federal cases (that are the result of the 3 pending civil actions) against this black man to steal his property, and help the City of Lawrence, run them out of town because the city Leaders opinioned the Neighbors 2nd hand Store (The Yellow House) was an eyesore to the community. The City Leaders of Lawrence Kansas did not want a Bi-Racial couple owing property on Mass. Street down Town. Then police Chief Ron Olin and the current police Chief Tarik Khabit, called in a favor from federal prosecutor Terra D. Morehead, and charges were filed against the Neighbors. The City had planned to take advantage of the federal government's 98% conviction rate excuse me Plea Deal, rate and when the Neighbors refused to plea to rubbish Federal Prosecutor Terra D. Morehead went to any length to get a conviction. Now Federal Prosecutor Terra D. Morehead is desperate to cover the misconduct because The plaintiff's wife has spent the last 6-yrs. in Federal Prison Unjustly Convicted Based Terra. D Morehead's LIE"S in Court!

Morehead's pleadings are to be stricken from the record and she should be sanction.

Guy Neighbors        9/13/2016

Certificate of Service:

A copy of this document was mailed to the clerk of the court and also a copy was emailed to the parties and the agency listed below.

*[signature]* — 8/6/2016

State Citizen: Guy Neighbors

| | |
|---|---|
| Kansas Attorney General | Craig Blumreich |
| 120 SW. 10th ave. #2 | 5601 SW Barrington Ct. S. |
| Topeka, Kansas 66612 | Topeka, Ks. 66614 |

3