10/6/2016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Guy Neighbors | ] PLEASE FILE THIS IN ALL OF MY CASES LIKE I HAVE | |
| Plaintiff | ] CAPTIONED! | |
| | ] | |
| | ] | Case # 16-4023 |
| LAWRENCE POLICE DEPT, et al, | ] | Case # 15-CV- 04921-KGS |
| Defendant's | ] | Case # 5:16- CV- 4056 |

### CONTRACTUAL ACCEPTANCE OF CONSTITUTIONS AND OATH OF OFFICE:

This Court requires my documents to be signed and in some cases verified by affidavit. I' have no problem signing to contract with the court, however this is NOT a unilateral contractual agreement. When I' sign court documents agreeing to what the court expects, I' expect the court to follow the constitution and the officers of the court to follow their oath of office and protect my rights in the constitution. If you cannot agree to my contract please do not involve yourself in my case.

Notice To All "Officers Of The Court" Point of Law: All contracts commence with an offer and only become binding upon acceptance. See: "Contracts" by Farnsworth, third edition, sect. 3.3, pages 112,113, Infra. The Organic Constitution of the United States of America, and the State of Florida, and the Oath of Office of the above named PUBLIC SERVANT'S, amounts to nothing more than offer of an intention to act or refrain from acting in a specified way between the respective governments and the private American people and for other purposes. Be it known by these presents Guy Neighbors, do hereby accept the Organic Constitution of the Unites States of America, and the State of Kansas, and the Oath of Office of the above named PUBILC SERVANT'S as your open and binding offer of promise to form a firm and binding contract between the respective governments, their political instrumentalities and the above named PUBLIC SERVANT and myself in my private capacity.   I expect that, as a PUBLIC SERVANT, you will perform all of your promises and stay within the limitations of your constitutions create no unfounded presumptions, seek only the true facts and tell the truth at all times and respect and protect my right of personal liberty and private property and all rights antecedent thereto. The foregoing Notice of Acceptance of Constitution and Oath of Office is made explicitly without recourse and now constitutes a binding contract and any deviation there from will be treated as a breach of contract and a violation of substantive due process.

1

_____ 10/6/2016

Certificate of Service:

A copy of this document was mailed to the clerk of the court and also a copy was emailed to the parties and the agency listed below.

_____ 10/6/2016

State Citizen: Guy Neighbors

| Kansas Attorney General | Craig Blumreich |
| --- | --- |
| 120 SW. 10th ave. #2 | 5601 SW Barrington Ct. S. |
| Topeka, Kansas 66612 | Topeka, Ks. 66614 |

